**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 6:21-CR-00063-ADA** |
| | § | |
| **STANLEY LEAVIS LOVETT** | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland. Dkt. 67. The report recommends that this Court **CONTINUE** Defendant's term of supervised release, and that if Defendant commits any future violations, he be brought before Magistrate Judge Gilliland, if possible. *Id.* at 4. The report was filed on January 21, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). On January 20, 2026, both parties waived their right to object to the report and recommendation. Dkt. 66.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 67) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's term of supervised release is hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that if Defendant commits any future violations, he be brought before Magistrate Judge Gilliland, if possible.

**SIGNED** this 21st day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE